

305 Broadway, 7th Floor
New York, NY 10007

T  212.520.1172
F  646.349.5567

www.LombardIP.com

DARREN M. GELIEBTER
E-MAIL: *dgeliebter@lombardip.com*

November 27, 2017

<u>*Via ECF*</u>

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:    *Tandem Goods LLC v Casper Sleep, Inc.*
                **Civil Action No. 17-CV-6670 (VEC)**

Dear Judge Caproni,

    Plaintiff Tandem Goods LLC ("TANDEM") respectfully requests, with the consent of Defendant Casper Sleep, Inc. ("CASPER"), a further adjournment of the Initial Pretrial Conference and associated deadlines. The reason for the proposed adjournment is that both parties continue to be engaged in settlement discussions, having made meaningful progress in this regard. With this in mind, the parties would like to allow some more time to see if this matter can be settled without the need for further escalation. Such an outcome would minimize the unnecessary utilization of court resources and would also minimize the incurring of unnecessary costs to the parties.

    The Initial Pretrial Conference is currently scheduled for Friday December 1, 2017 at 10:00 a.m, with the associated joint proposed Case Management Plan and Scheduling Order and joint letter due approximately one week prior to the conference date. There was one previous request for adjournment, and Defendant CASPER consents to this request.

    The parties propose the following alternative dates for the Initial Pretrial Conference (with corresponding alternative dates for all associated deadlines): Friday January 5, 2018, Friday January 12, 2018, Friday January 19, 2018, or January 26, 2018.

    Thank you for your consideration of this request.

Respectfully submitted,

*Darren M. Geliebter*

Darren M. Geliebter

cc:  Counsel of Record and General Counsel for Defendant (via ECF and email)