IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2018

------------------------------------------------------------x

TANDEM GOODS LLC,

          Plaintiff,

    v.

CASPER SLEEP, INC.,

          Defendants.

------------------------------------------------------------x

Case No. 1:17-cv-6670-VEC

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tandem Goods LLC ("Tandem"), by its counsel Lombard & Geliebter LLP, and Defendant Casper Sleep, Inc. ("Casper"), hereby stipulate that they have reached a confidential settlement of the dispute that is the subject matter of the above-referenced action (the "Action"). Based upon such settlement, and upon the consent and approval of Tandem and Casper as indicated herein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    1.    The Action, including, without limitation, all claims and counterclaims asserted in the Action, is hereby dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

    2.    Each party shall bear its own costs and attorneys' fees.

AGREED TO AND ACCEPTED:

Date: January 2, 2018
*Counsel for Tandem Goods LLC,*
Lombard & Geliebter LLP

By: _____
Darren M. Geliebter

Date:
*General Counsel for Casper Sleep, Inc.*
Casper Sleep, Inc.

By: _____
Jonathan Truppman

305 Broadway, Floor 7  
New York, NY 10007  
Telephone: (212) 520-1172

230 Park Avenue South, 13th Floor  
New York, NY 10003

The Clerk is respectfully directed to terminate all open motions and to close the case.

SO ORDERED:

Date __1/22/2018__

_____  
HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE